# COVINGTON

BEIJING   BRUSSELS   DUBAI   FRANKFURT   JOHANNESBURG
LONDON   LOS ANGELES   NEW YORK   PALO ALTO
SAN FRANCISCO   SEOUL   SHANGHAI   WASHINGTON

Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
T  +1 212 841 1000

June 10, 2021

**By E-mail and ECF**

The Honorable Naomi Reice Buchwald
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.

**Re:** *United States v. Reggie Chin*, 06 Cr. 80 (NRB)

Dear Judge Buchwald:

      We write on behalf of our client Reggie Chin to request with consent of the Government that the conference scheduled for June 16 be rescheduled for August 9 or such date thereafter that is convenient for the Court. No previous request for adjournment has been made.

      The parties are engaged in discussions concerning a potential resolution of the matter and the additional time requested should enable the parties to determine whether such a resolution is possible. We consent to an exclusion of time under the Speedy Trial Act on that basis.

      Should the parties reach an agreement prior to the rescheduled conference, we request permission to contact the Court to seek an earlier date for a plea proceeding.

Respectfully submitted,

*/s/ Arlo Devlin-Brown*

Arlo Devlin-Brown
Katherine P. Onyshko

cc (by ECF):
Danielle M. Kudla
Patrick Ryan Moroney
Assistant United States Attorneys

---

Application granted. The conference scheduled for June 16, 2021 is adjourned until August 9, 2021 at 10:30 a.m. The Court excludes time under the Speedy Trial Act until that date. See 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated:   New York, N.Y.
         June 11, 2021