```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X
UNITED STATES OF AMERICA,

          - v. -                                    ORDER

REGGIE CHIN (Old)                             06 Cr. 80 (NRB)


DUKE TAJHA JOHN (New),

              Defendant.

---------------------------------X
```
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    Since the Court has been informed by the United States Attorney's Office and the Defendant that his name is Duke Tajha John, the Clerk of Court is hereby ordered to change the name of Reggie Chin to Duke Tajha John on ECF.

    **SO ORDERED.**


Dated:   New York, New York
         September 14, 2021


                              _____
                              NAOMI REICE BUCHWALD
                              UNITED STATES DISTRICT JUDGE