

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 14, 2021

**BY ECF**
The Honorable Naomi R. Buchwald
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:  *United States v. Duke Tajha John*, 06 Cr. 80 (NRB)

Dear Judge Buchwald:

The Government respectfully submits this letter regarding the superseding information docket number in the above-referenced case. On September 13, 2021, the defendant Duke Tajha John (the "Defendant") pled guilty to a one-count superseding information numbered S3 06 Cr. 80 (NRB), charging the Defendant with misprision of a felony, in violation of 18 U.S.C. § 4 (the "Superseding Information"). The Clerk of Court notified the Government that there are already S3 and S4 charging documents docketed in the above-referenced case. The Government respectfully requests, with the consent of the Defendant, that the Superseding Information docket number be amended to S5 06 Cr. 80 (NRB).

Very truly yours,

AUDREY STRAUSS
United States Attorney

SO ORDERED.

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated: September 14, 2021
        New York, N.Y.

by:   /s/ *Danielle M. Kudla*
Danielle M. Kudla
Assistant United States Attorney
(212) 637-2304

Cc:    Counsel of record (by ECF)